# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS W. DAVIS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>T. VILLAGRANA,<br><br>　　　　　　Defendant.<br>_____ / | CASE NO. 1:09-cv-01897-AWI-SKO PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, DENYING DEFENDANT'S MOTIONS TO STRIKE AND TO DISMISS, AND REQUIRING DEFENDANT TO FILE ANSWER WITHIN TWENTY DAYS<br><br>(Docs. 23, 24, 27, and 29) |

　　　　Plaintiff Francis W. Davis, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on October 29, 2009. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On May 1, 2012, the Magistrate Judge issued findings and recommendations recommending Plaintiff's motion for summary judgment be denied, Defendant's motion to strike be denied as moot, and Defendant's motion to dismiss for failure to state a claim and on the ground of qualified immunity be denied. The parties were provided thirty days within which to file objections and none were filed.

　　　　Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis. Accordingly, it is HEREBY ORDERED that:

　　　　1.　　The Court adopts the findings and recommendations filed on May 1, 2012, in full;

　　　　2.　　Plaintiff's motion for summary judgment, filed on October 17, 2011, is DENIED;

1

3. Defendant's motion to strike, filed on November 8, 2011, is DENIED as moot;

4. Defendant's motion to dismiss, filed on October 6, 2011, is DENIED, with prejudice; and

5. Defendant shall file an answer within **twenty (20) days** from the date of service of this order.

IT IS SO ORDERED.

Dated:   June 26, 2012

CHIEF UNITED STATES DISTRICT JUDGE