# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS W. DAVIS,<br><br>            Plaintiff,<br><br>    v.<br><br>T. VILLAGRANA,<br><br>            Defendant.<br>_____/ | CASE NO. 1:09-cv-01897-AWI-SKO PC<br><br>ORDER GRANTING SECOND MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION AND CROSS-MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 56)<br><br>DEADLINE: June 11, 2013 |

On May 24, 2013, Defendant filed his second motion seeking an extension of time to file his opposition and cross-motion for summary judgment.  Good cause having been shown, Defendant's motion is HEREBY GRANTED and he shall file his opposition and cross-motion for summary judgment on or before June 11, 2013.

IT IS SO ORDERED.

**Dated:   May 31, 2013**              /s/ Sheila K. Oberto
                    UNITED STATES MAGISTRATE JUDGE